**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD. and LTS LOHMANN THERAPIE-SYSTEME AG | : : : : : : : | |
| Plaintiffs, | : : | C.A. No. _____ |
| v. | : : | |
| PAR PHARMACEUTICAL, INC. | : : | |
| Defendant. | : | |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice:   July 12, 2013

Date of Expiration of Patent:   6,335,031 (January 8, 2019 )

Thirty Month Stay Deadline:   January 12, 2016

August 22, 2013                                                       /s/ Daniel M. Silver  (# 4758)
Date                                                                         Attorney(s) for Plaintiff