

Steven J. Fineman
302-651-7592
Fineman@rlf.com

June 27, 2014

**VIA CM/ECF & HAND DELIVERY**
The Honorable Richard G. Andrews
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3556

      Re:   *Novartis Pharms. Corp., et al. v. Par Pharm., Inc.,*
              C.A. Nos. 11-1077 & 13-1467

Dear Judge Andrews:

    In accordance with the Stipulation and Order Concerning Post-Trial Briefing entered by the Court on May 13, 2014 (C.A. No. 11-1077, D.I. 397; C.A. No. 13-1467, D.I. 56), please find enclosed two disks containing Defendant Par Pharmaceutical, Inc.'s post-trial briefs (as-filed) (C.A. No. 11-1077, D.I. Nos. 401, 410, 418; C.A. No. 13-1467, D.I. Nos. 58, 67, 76), with hyperlinks to exhibits, transcripts, cases and statutes cited therein.

    Should Your Honor have any questions regarding the enclosed, counsel remain available at the Court's convenience.

                              Respectfully,

                              */s/ Steven J. Fineman*

                              Steven J. Fineman (#4025)

Enclosures
cc:    Counsel of Record (via CM/ECF w/o Enclosures)
        Daniel M. Silver (via Hand Delivery with Enclosures)