# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

15-1061, 15-1062, 15-1120, 15-1121, 15-1141

**NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD., LTS LOHMANN THERAPIE-SYSTEME AG,**

*Plaintiffs - Appellants*

v.

**PAR PHARMACEUTICAL INC.,**

*Defendant - Cross-Appellant*

**ACTAVIS, INC.,**

*Defendant*

Appeal from the United States District Court for the District of Delaware in case no. 1:11-cv-01077-RGA, 1:13-cv-01467-RGA Judge Richard G. Andrews

## **MANDATE**

In accordance with the judgment of this Court, entered May 21, 2015, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court